Tanner Rome Coal Company, appellee, v. Harold J. Finder et al. Harold J. Finder, appellant. Gen. No. 29,468.

Action for goods sold and delivered. Judgment for the plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P.

Trude, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 17, 1925.

Dulsky, Friedman, Schimberg & Komie, for appellant. Allen, Ward, Myers & Schwartz, for appellee.

Mr. Justice Taylor delivered the opinion of the court.